No. 11–1143.   JAS PARTNERS, LTD. v. BOYER ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 11–1145.   WHISPERING OAKS RESIDENTIAL CARE FACILITY, LLC v. HERITAGE OPERATING LP, DBA HERITAGE PROPANE. Ct. App. Mo., Eastern Dist.   Certiorari denied.

No. 11–1146.   SNELLING v. MICHELIN NORTH AMERICAN, INC., ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 11–1147.   SNELLING v. EVANS ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 11–1148.   SCHULTZ v. CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION.   C. A. 9th Cir.   Certiorari denied.

No. 11–1150.   SIMON ET AL. v. CONTINENTAL AIRLINES, INC. C. A. 6th Cir.   Certiorari denied.

No. 11–1151.   SONIC AUTOMOTIVE, INC., DBA CENTURY BMW v. WATTS ET AL.   Sup. Ct. S. C.   Certiorari denied.

No. 11–1157.   VCG SPECIAL OPPORTUNITIES MASTER FUND, LTD., FKA CDO PLUS MASTER FUND LTD. v. WACHOVIA BANK, N. A., ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 11–1168.   RUSSELL COUNTRY SPORTSMEN ET AL. v. UNITED STATES FOREST SERVICE ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 11–1180.   MCGARRY v. GERIATRIC FACILITIES OF CAPE COD, INC., ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 11–1189.   ROBERTS v. ALBERTSON'S LLC ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 11–1191.   ZAKZUK-DEULOFEUT v. PENNSYLVANIA.   Super. Ct. Pa.   Certiorari denied.